IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

WILLIE MAE ADAMS, individually and as      )
personal administrator on behalf of The       )
Estate of Justin Brandon Hulett,               )
                                               )
        Plaintiff,                          )
                                               )
      v.                                  )      CV 326-027
                                               )
GEORGIA DEPARTMENT OF                          )
CORRECTIONS; CHASITY HALL;                     )
SAIKERIA PEARSON; JONNITA WESLEY;)
JEREMIAH RUSSELL WILSON; and                   )
KOCHELLE WATSON,                               )
                                               )
        Defendants.                         )

_____

**O R D E R**

_____

Following up on the concerns raised by Order dated May 4, 2026, (doc. no. 4), the Court conducted a teleconference on June 18, 2026, (doc. no. 10). Plaintiff Willie Mae Adams confirmed she is the sole heir to the estate of her son, Justin Brandon Hulett, and there are no estate creditors. Accordingly, she may proceed *pro se*.

During the hearing, defense counsel consented to an extension of Plaintiff's deadline for responding to the Motion to Dismiss. (Doc. no. 9.) The extended deadline is Thursday, July 2, 2026.

SO ORDERED this 22nd day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA